Daniel Lynch, Clerk
UNITED STATES DISTRICT COURT
55 Pleasant Street
Concord, New Hampshire 03301

2014 SEP -4  A 10: 37

    Re:    US v. $9,451.00 in US Currency, et al.
              Civ. No. 14-275-LM, U.S.D.C., D.N.H.
              Application for Court-Appointed Counsel

Dear Mr. Lynch,

        I am presently being represented in USA v. Kristopher Venturini, No. 1:14-cr-87-01/02-PB, by Attorney Bruce Kenna. Attorney Kenna recently helped me contest an administrative forfeiture of some of my property that was seized in a raid at my house at 374 Thornton Street, Manchester, NH on June 24, 2014. On August 28, 2014, I requested that this administrative forfeiture be sent to this Court for a trial. Now he has delivered to me a Verified Complaint For Forfeiture in rem and other documents in which it appears the government wants to forfeit even more property seized from my home on that same day, i.e. $22,858.00 in U.S. Currency (in rem #10) and my 2007 Harley Davidson FL HX motorcycle, NH Reg. G5266, Vin # 1HD1KB4197Y709453 (in rem #13). The documents give me a deadline of October 2, 2014 to file a Claim for these items. I do wish to file that Claim, but do not know how to do it.

        Attorney Kenna has advised me that his present court appointment only authorizes him to represent me on the pending criminal charges. He has also advised me that I can apply for court-appointed counsel on the above-captioned civil forfeiture case. I do want to do so. I filed a financial affidavit in the pending criminal case on June 25, 2014 and Attorney Kenna was appointed by the Court. I have been incarcerated since that date and my financial status remains the same as it was on the day of my arraignment.

        Please appoint Attorney Kenna to represent me in the above-captioned forfeiture case or send me the necessary documents to apply for court-appointed counsel in that case. Once again, I note that I need to do something by no later than October 2, 2014.

        Thank you for your cooperation and prompt attention to this request.

                                                              Sincerely,

Dated: 9-3-14

                                                             Kristopher Venturini
                                                             Strafford County HOC
                                                             266 County Farm Road
                                                             Dover, NH 03820

cc:  Bruce Kenna, Esq.
       Robert Rabuck, AUSA

"THIS PLEADING WAS PREPARED WITH THE ASSISTANCE OF A NEW HAMPSHIRE ATTORNEY"