**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                                   Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk                       Web: www.nhd.uscourts.gov

September 9, 2014

Kristopher Venturini
Strafford County Department of Corrections
266 County Farm Road
Dover, NH 03820

Re: 14-cv-275-LM, USA v. $9,451.00 US Currency et al.

Dear Mr. Venturini:

    I am writing in response to your correspondence received in the clerk's office on September 4, 2014, inquiring as to the status of your case.

    I am enclosing a request for appointment of counsel. Once the request has been filed with the court the request will be forwarded to the judge for ruling.

                                             Very truly yours,

                                             Daniel J. Lynch, Clerk

                                           By: /s/ Kellie Otis
                                                  Kellie Otis
                                                  Deputy Clerk