UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

__KRISTOPHER VENTURINI__
(Petitioner's name)

Case No. __14-cv-275-LM__
(If known)

2014 SEP 29 PM 2:03

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __KRISTOPHER VENTURINI__
     (name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target        ☐ criminal defendant

☐ grand jury witness       ☐ trial witness

☒ other: __CIVIL FORFEITURE RELATED TO CRIMINAL CASE # 1:14-cr-87-01/02 PB__

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __11-25-14__                      _____
                                          Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:**
In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

---

### RULING BY JUDICIAL OFFICER

☐   Request Approved. Appoint counsel.

☐   Request Denied.

Date: _____         _____
                                          United States Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)