UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA,
       Plaintiff

V.                                                  Civil No. 14-275-LM

Nine Thousand Four Hundred Fifty One
dollars ($9,451.00) in U.S. Currency,
more or less, seized from Christopher Ranfos;

Et al

STATEMENT OF INTEREST (Verified Claim)
RULE G(5)

NOW COMES, Kornelios Nakos, by and proffers the following claim:

A. The specific property claimed is one (1) Land and Building located at 440 Hevey Street, Manchester, NH with all appurtenances and improvements thereon, owned by Kornelius Nakos and (2) Funds on deposit in St. Mary's business account #2100012191 in the name of Amory House of Pizza, LLC, owned by Kornelius and Alkis Nakos.

B. Kornelius Nakos is the Claimant of the stated property and his interest in the property is one of ownership;

C. Kornelius Nakos has signed this *Verified Claim* under penalty of perjury; and

D. Kornelius Nakos caused Notice of this Claim to be served upon Assistant United States Attorney Robert J. Rabuck of the United States Attorney's Office.

                                                                   Respectfully submitted,
                                                                   Kornelios  Nakos,
                                                                   By His Attorney,

| | |
|---|---|
| DATE:       October 14, 2014 | /s/  Richard Monteith |
| | Richard Monteith |
| | Bar No. 9352 |
| | 14 Londonderry Road |
| | Londonderry, NH  03053 |
| | 603-437-2733 |

CERTIFICATE OF SERVICE

I, Richard Monteith, hereby certify that on this 14th day of October, 2014, a copy of the within State of Interest has been efiled to the U.S. Attorney's Office and all parties of record and mailed, postage prepaid to Kornelios Nakos.

/s/   Richard Monteith