State of NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

I, Kornelios Nakos, on this 13th day of October, 2014, attest and swear under penalties of perjury, that the foregoing statements are true and accurate to the best of my knowledge and belief.

*signature*
Kornelios Nakos