UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
|     v. | * | Civil No. 14-275-LM |
| | * | |
| Nine Thousand Four Hundred Fifty One Dollars | * | |
| ($9,451.00) in US Currency, more or less, seized | * | |
| From Christopher Ranfos, et al, | * | |
| | * | |
|     Defendants *in rem* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFIED CLAIM OF KRISTOPHER VENTURINI

NOW COMES the Claimant, Kristopher Venturini, by and through counsel, and,

pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules For Admiralty Or

Maritime Claims And Assent Forfeiture Actions, hereby files the following Verified Claim:

    A. <u>Property Claimed</u>:  The Claimant Kristopher Venturini hereby claims to be the

rightful owner of Defendant In Rem (10), Twenty Two Thousand Eight Hundred Fifty Eight

Dollars ($22,858.00) in U.S. Currency seized from his apartment on June 24, 2014 and of

Defendant In Rem (13), One 2007 Harley Davidson FLHX motorcycle, NH Reg. G5266, Vin #

1HD1KB4197Y709453 which was also seized from his apartment on June 24, 2014.

    B. <u>Claimant's Interest In Claimed Property</u>:  The Claimant Kristopher Venturini is the

rightful owner of both Defendant In Rem (10) and Defendant In Rem (13).

    WHEREFORE, the Claimant Kristopher Venturini asserts his lawful claim to both

Defendant In Rem (10) and Defendant In Rem (13) and demands the return of these Defendants

In Rem to his possession.  He further hereby asserts his right to a jury trial in this civil forfeiture

action.

Respectfully submitted,

KRISTOPHER VENTURINI,
CLAIMANT

By his attorney,

Dated:  10/15/14

/s/ Bruce E. Kenna_
Bruce E. Kenna, Esq.
Bar No. 1348
KENNA & SHARKEY, PA
69 Bay Street
Manchester, NH 03104
(603)  622-3222
attorney@kennasharkey.com

## DECLARATION/VERIFICATION UNDER PENALTY

I, Kristopher Venturini, have read the above in its entirety, and hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/15/14

/s/ Kristopher Venturini
Kristopher Venturini, Claimant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above has been served today, via ECF to AUSA Robert J. Rabuck and all other counsel of record.

Dated: 10/15/14

/s/Bruce E. Kenna__
Bruce E. Kenna, Esq.