UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NINE THOUSAND FOUR HUNDRED FIFTY ONE DOLLARS ($9,451.00) IN U.S. CURRENCY, MORE OR LESS, SEIZED FROM CHISTROPHER RANFOS, ET AL.,<br><br>    Defendants in rem. | Civil No.: 1:14-cv-00275-LM |

## **VERIFIED CLAIM OF WELLS FARGO BANK, N.A.**

PLEASE TAKE NOTICE THAT Wells Fargo Bank, N.A. ("Wells Fargo") has an interest in the defendant *in rem* property loacted at 366 Arah Street, Manchester, NH, owned by Alkis Nakos.

1. On April 24, 2013, Alkis Nakos executed and delivered to Residential Mortgage Services, Inc. a promissory note ("the note") in the principal amount of $199,000.00. Copies of the note and its allonge are attached hereto as Exhibit A.
2. Wells Fargo is the current holder of the note.
3. Wells Fargo is the current servicer of the underlying loan.
4. The note was and is secured by a mortgage dated April 24, 2013 and recorded at the Hillsborough County Registry of Deeds at book 8553, page 2736 executed by Alkis Nakos in favor of Mortgage Electronic Registration Systems, Inc. ("MERS"). A copy of the recorded mortgage is attached hereto as Exhibit B.
5. Wells Fargo is the current holder of the mortgage by assignment recorded at the Hillsborough County Registry of Deeds at book 8704, page 682. A copy of the recorded assignment is attached hereto as Exhibit C.
6. The total amount due under the note is $185,980.51 through November 7, 2014, plus advances of $4,663.78, plus any fees, charges and other advances, if any, assessed after

October 28, 2014.  Interest will continue to accrue under the note at a rate of $19.03 per diem from November 7, 2014, plus fees, charges and advances accrued thereafter, if any.

7. By virtue Wells Fargo's interest in the defendant property, Wells Fargo demands payment in full satisfaction of the amount due under the mortgage and the right to defend this action.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**WELLS FARGO BANK, N.A.**<br>By its attorney,<br>/s/ Nathalie K. Salomon<br>Nathalie K. Salomon, Esq.<br>Bar ID # 266087<br>HARMON LAW OFFICES, P.C.<br>150 California Street<br>Newton, MA  02458<br>Phone: (617) 558-8432 |
| November 6, 2014 | Fax:     (617) 243-4038<br>nsalomon@harmonlaw.com |

### **VERIFICATION**

I, Jennifer Albright, research remediation analyst of Wells Fargo Bank N.A., and I am authorized to make this verification of its behalf.

I certify having read this Notice of Claim and further acknowledge that the facts stated therein are true.

Signed under the Penalties of Perjury, this 6th day of November, 2014.

/s/ Jennifer Albright

VP of Loan Documentation

**CERTIFICATE OF SERVICE**

I, Nathalie K. Salomon, hereby certify that on November 6, 2014 true and accurate copies of the enclosed Verified Claim of Wells Fargo Bank, N.A. was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

I also certify that a true copy of the above document was served via first class mail, postage pre-paid to:

Charles Fowle
c/o Andrew Winters, Esq.
Cohen & Winters, PPLC
5 Franklin Street, Suite 2
Concord, NH 03301-2553

/s/ Nathalie K. Salomon__
Nathalie K. Salomon, Esq.