UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# FINANCIAL DECLARATION

CASE # AND NAME: 1:14-CV-275-LM, USA v. $9,451 US Currency et al

NAME: Charles Fowle              PHONE #: N/A
ADDRESS: Strafford County HoC    MARRIED: YES [ ]   NO [✓]
         Dover, NH               NUMBER OF DEPENDENTS: 0

WARNING: The information you provide in order to obtain court-appointed representation is subject to the following limitations:
(1) The attorney/client privilege may not apply;
(2) The information is subject to being filed with the Court for future examination by the United States Attorney;
(3) A false or dishonest answer could be punished as a crime; and
(4) The form must be signed under penalty of perjury.

## ASSETS

### I. INCOME
EMPLOYER'S NAME: N/A (incarcerated)
  MONTHLY WAGES: Gross 0      Net _____
  WELFARE: 0         SOCIAL SECURITY (Amount Rec'd): 0
  PENSION: 0         OTHER: 0
SPOUSE'S EMPLOYER: _____
  MONTHLY WAGES: Gross _____ Net _____
  WELFARE: _____    SOCIAL SECURITY (Amount Rec'd): _____
  PENSION: _____    OTHER: _____

### II. PROPERTY

| REAL ESTATE | VALUE | MORTGAGE | NET |
|---|---|---|---|
| 1. HOME | 0 | | |
| 2. OTHER | 0 | | |
| 3. OTHER | 0 | | |

| VEHICLES | VALUE | OWED | NET |
|---|---|---|---|
| 1. Mazda 6 | 8,500 | | |
| 2. Mercury Grand Marquis | 4,500 | | |
| 3. | | | |

*(note in margin: "in my name but not under my control")*

### III. OTHER ASSETS
1. CASH ON HAND          0         6. JEWELRY    0
2. CHECKING ACCOUNT     700        7. STOCKS     0
3. SAVINGS ACCOUNT       0         8. BONDS      0
4. CREDIT UNION          0         9. OTHER      0
5. ACCOUNTS RECEIVABLE   0

**(COMPLETE REVERSE SIDE)**

USDCNH-15 (Rev 11-04) (Previous editions obsolete)

## LIABILITIES

I. **REAL ESTATE**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. 0 | | |
| 2. | | |
| 3. | | |

II. **MOTOR VEHICLES**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. 0 | | |
| 2. | | |
| 3. | | |

III. **GENERAL DEBTS**

| LENDER | TOTAL OWED | MONTHLY PAYMENTS |
|---|---|---|
| 1. medical (various) | approx. $5,000 | unknown |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

IV. **HOUSEHOLD EXPENSES**   0 (incarcerated)

1. TELEPHONE
2. UTILITIES
3. CHILD SUPPORT
4. ALIMONY
5. CLOTHES
6. TRANSPORTATION
7. INSURANCE
8. GROCERIES
9. MEDICAL/DENTAL
10. SCHOOL
11. CHURCH
12. TAXES
13. RENT
14. OTHER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

11/7/14                                        [signature]
DATE                                           SIGNATURE

State of NH, County of Strafford — this instrument was acknowledged before me by Charles Fule on 11/7/14

[Notary seal: My Commission Expires October 10, 2015 — Notary Public, New Hampshire]

**REQUEST APPROVED:** ( )          **REQUEST DISAPPROVED:** ( )

**Date:** _____

_____
United States Magistrate Judge
United States District Judge

USDCNH-15 (Rev 11-04) (Previous editions obsolete)